PER CURIAM.
Affirmed. Songer v. State, 322 So.2d 481, 483-84 (Fla.1975); State v. Jones, 204 So.2d 515 (Fla.1967); State v. Williams, 198 So.2d 21, 22 (Fla.1967); Spencer v. State, 133 So.2d 729, 731-732 (Fla.1961); Ellison v. State, 349 So.2d 731, 732 (Fla.3d DCA 1977); Dove v. State, 287 So.2d 384, 385 (Fla.1st DCA 1973); Hancock v. State, 276 So.2d 223 (Fla.1st DCA 1973); Navarro v. State, 262 So.2d 729 (Fla.3d DCA 1972); Williams v. State, 235 So.2d 13 (Fla.1st DCA 1970); *316 Hamilton v. State, 152 So.2d 793, 794-95 (Fla.2d DCA 1963).